IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

 v.

50 States and the City of Washington,
All State Legislatures of the 50 States,
and U.S. Department of Justice,

    Defendants.

No. C 12-02728 WHA

**ORDER RE LETTER RECEIVED NOVEMBER 26, 2012**

Pro se plaintiff Tyrone Hurt's hand-written complaint was dismissed in part because it was largely illegible. Plaintiff's application to proceed in forma pauperis was thus denied, "without prejudice to refiling once plaintiff has submitted a complaint that is legible" (Dkt. No. 11). Rather than file a legible complaint, however, plaintiff appealed the order denying him leave to proceed in forma pauperis. The appeal was dismissed as untimely. Plaintiff has now filed a letter, addressed to the Clerk, requesting that the complaint be forwarded back to him "to be made legible." *First*, such letters to the Court or the Clerk of the Court are improper. Plaintiff should refrain from such communications in the future. The Clerk will not return documents to plaintiff. *Second,* the Court construes this letter as a request to file an amended complaint. Plaintiff must file an amended complaint by **JANUARY 2, 2013**. Failure to file a cognizable legal claim by this date shall result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: December 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE